**Order entered July 14, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00691-CV

**THE UNIVERSITY OF ALABAMA, Appellant**

**V.**

**THE SUDER FOUNDATION, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08295**

## ORDER

We **GRANT** appellee's July 13, 2016 unopposed motion to extend time to file its brief

and **ORDER** the brief filed no later than August 22, 2016.


/s/     CRAIG STODDART
          JUSTICE